MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

ELISE BECKER (NYBN 2540730)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6878
    FAX: (415) 436-7234
    Elise.Becker@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 14-599 VC |
| Plaintiff, | ) |
| | ) JOINT REQUEST TO CONTINUE STATUS |
| | ) HEARING AND [PROPOSED] ORDER |
| v. | ) CONTINUING HEARING DATE AND |
| | ) EXCLUDING TIME FROM JUNE 23, 2015, TO |
| EDUARDO CONTRERAS, | ) JULY 21, 2015 |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

    The defendant, EDUARDO CONTRERAS, represented by Brandon LeBlanc, Assistant Federal

Public Defender, and the government, represented by Elise Becker, Assistant United States Attorney,

respectfully request that the status hearing currently scheduled for June 23, 2015, be rescheduled to July

21, 2015, for the reasons set forth below.

    At the last hearing on March 16, 2015, the parties advised the Court that the above captioned

case also involves an ongoing investigation into the production of child pornography and the enticement

of minors.  These possible charges relate to minors located outside the United States.  In light of the

ongoing investigation, the parties requested that the matter be continued for several months in order for

the government to conduct necessary investigation and the defense to prepare effectively in light of

1  possible additional charges.

2        The investigation remains active and the government needs additional time to evaluate additional

3  charges.  Defense counsel also needs additional time to adequately represent his client in light of the

4  evolving nature of the case.  The defendant is currently out of custody and agrees to the requested

5  continuance.

6        Based upon the representation of counsel and for good cause shown, the Court hereby vacates

7  the June 23, 2015, status hearing and reschedules it to July 21, 2015.  The Court finds that failing to

8  exclude the time between June 23, 2015, and July 21, 2015, would unreasonably deny counsel the

9  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

10  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the

11  time between June 23, 2015, and July 21, 2015, from computation under the Speedy Trial Act outweigh

12  the best interests of the public and the defendant in a speedy trial.  Therefore, IT IS HEREBY

13  ORDERED that the time between June 23, 2015, and July 21, 2015, shall be excluded from computation

14  under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

15

16  DATED: __June 9, 2015_____

17                                                                    VINCE CHHABRIA
                                                                      United States District Judge

18

19

20

21

22

23

24

25

26

27

28